IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                     4:11-CR-00007-03-BRW

CHAD UMFLEET

## ORDER

In Defendant's Pending Motion for a Reduction in Sentence (Doc. No. 94), Defendant requests that the Court correct his sentence under Federal Rule of Criminal Procedure 35 because the written judgment and the judgment announced at sentencing are in conflict. According to Defendant, "the Court has expressed its wishes for a concurrent sentence" and "the time [he] spent] in pretrial custody was credited to him at sentencing as time served."[1] I have reviewed the hearing transcript and find no merit to Defendant's argument. Accordingly, the motion is DENIED.

IT IS SO ORDERED this 7th day of November, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 94.